**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| JOSE SANTOS, | : | Hon. Robert B. Kugler |
| Petitioner, | : | Civil No. 07-2022 (RBK) |
| v. | : | |
| MIKE POWERS, et al., | : | **ORDER** |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this   18th   day of   September  , 2007,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE as untimely; and it is further

ORDERED that a certificate of appealability, see 28 U.S.C. § 2253(c)(2), is DENIED; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

s/Robert B. Kugler
**ROBERT B. KUGLER, U.S.D.J.**